NUMBER 13-08-00140-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

HARLINGEN MEDICAL CENTER, L.P. 

AND HARLINGEN HOSPITAL 

MANAGEMENT, INC., Appellants,


v.



NOELIA BORJAS, Appellee. 

_____________________________________________________________


On appeal from the 138th District Court of Cameron County, Texas.


______________________________________________________________

 

MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellants perfected an appeal from a judgment entered by the 138th District Court
of Cameron County, Texas, in cause number 2007-08-004248-B. Appellants have filed
an unopposed motion to dismiss the appeal on grounds that the parties have reached an
agreement to compromise and settle their dispute. Appellants requests that this Court
dismiss the appeal.

 The Court, having considered the documents on file and appellants' unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby
DISMISSED. In accordance with the agreement of the parties, costs are taxed against the
party incurring them. Having dismissed the appeal at appellants' request, no motion for
rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and filed

 this the 12th day of February, 2009.